UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHRISTINA L. MOREY,<br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br>Administration,<br>    Defendant. | C.A. No. 14-433-M-PSA |

## ORDER

The Court has reviewed the entire record in Ms. Morey's complaint for judicial review of the Commissioner's denial of Social Security Disability Insurance Benefits and Supplemental Security Income. The Court's review included the administrative record filed by the Social Security Administration (*see* 12-11-14 docket entry) and briefings by both sides (ECF Nos. 7, 10, and 11), as well as the Report and Recommendation of Magistrate Judge Patricia A. Sullivan (ECF No. 12) and the briefings of both sides concerning the Report and Recommendation (ECF Nos. 13 and 15). After a de novo review, and having given due consideration to all of the materials listed above, the Court accepts and adopts the Magistrate Judge's Report and Recommendation. The Court finds that (1) the ALJ did not err by relying on Ms. Corey's mental status examination, including her GAF scores, in making his Residual Functional Capacity (RFC) finding; (2) that his weighing of RFC opinions was appropriate and within his authority; and (3) that the credibility determinations he made were within his discretion. As a result, the court finds that the ALJ's RFC determination is supported by substantial evidence.

For the reasons stated in the Report and Recommendation, the Court DENIES Ms. Corey's Motion to Reverse (ECF No. 7) and GRANTS the Commissioner's Motion to Affirm (ECF No. 10).

IT IS SO ORDERED.

/s/ John J. McConnell, Jr.
_____
John J. McConnell, Jr.
United States District Judge

January 19, 2016